

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2015

**By Email and ECF (*Ex Parte* In Part)**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Dean Skelos & Adam Skelos,**
>       **S1 15 Cr. 317 (KMW)**

Dear Judge Wood:

The Government respectfully writes in connection with its Opposition to the Defendants' Pretrial Motions (the "Opposition"), which is due today.

On September 4, 2015, the defendants filed four separate pretrial motions, one of which sought a hearing under Federal Rule of Criminal Procedure 6(e) based on an allegation that the government improperly disclosed grand jury information to the press in violation of grand jury secrecy requirements.  In its Opposition and an accompanying affidavit (the "Affidavit"), copies of which are attached under seal, the Government has referred to the timing of certain events related to the grand jury proceeding, such as the date when the Government's presentation commenced, as well as generally to the number of witnesses who were presented to the grand jury and the general subject matters about which they testified.

The Government believes that the disclosure of such general information at this stage is necessary to respond properly to the defendants' motion and is permitted by law.  However, in an abundance of caution, we respectfully request that the Court order disclosure of the unredacted Opposition and Affidavit to the defense pursuant to its authority under Federal Rule of Criminal Procedure 6(E), which permits a court to order the disclosure of a grand jury matter "preliminarily to or in connection with a judicial proceeding."  Fed. R. C. P. 6(E)(i).

Hon. Kimba M. Wood
September 25, 2015
Page 2 of 2


        The Government intends to move the Court to publicly unseal the redacted portions of the Opposition and Affidavit once the defendants have had time to review it and determine whether they have any objection to its unsealing.



                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney


            By:    _/s/_____
                        Rahul Mukhi/Jason A. Masimore/Tatiana Martins
                        Assistant United States Attorneys
                        (212) 637-1581/2580/2215


Enclosures (*Ex Parte*)