

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2015

**By Email and ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    **United States** v. **Dean Skelos & Adam Skelos,**
>        **S1 15 Cr. 317 (KMW)**

Dear Judge Wood:

The Government respectfully writes in connection with its Opposition to the Defendants' Pretrial Motions and an accompanying affidavit (the "Opposition" and "Affidavit," respectively), which were filed partially under seal on September 25, 2015 for the reasons described in a letter to the Court dated that same day.

On September 29, 2015, pursuant to an Order, the Government provided the defendants with unsealed copies of the Opposition and Affidavit. Having reviewed those documents, the defendants have represented to the Government that they do not object to the unsealing of the sealed portions of the Opposition and Affidavit. Accordingly, and in an abundance of caution, the Government now seeks leave from the Court pursuant to Federal Rule of Criminal Procedure 6(E)(i) to unseal the sealed portions of the Opposition and Affidavit.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:    _/s/_____
       Rahul Mukhi/Jason A. Masimore/Tatiana Martins
       Assistant United States Attorneys
       (212) 637-1581/2580/2215

cc:    Robert Gage, Esq. (by email)
       Christopher Conniff, Esq. (by email)