```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Dean Skelos and Adam Skelos,

        Defendants.

S1 15 Cr. 317 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

The Court grants defendants' Motion to Continue Bail Pending Appeal, because defendants have shown that their appeals present a substantial question regarding whether this Court's jury instructions were erroneous in light of the United States Supreme Court's holding in McDonnell v. United States, 136 S.Ct. 2355 (2016), and because neither Defendant presents a risk of flight or a danger to the community. Bail is set at the terms previously ordered by this Court.

The Court grants defendants' Motion to Stay Financial Penalties Pending Appeal.

SO ORDERED.

Dated: New York, New York
       August 4, 2016

*/s/ Kimba M. Wood*
THE HON. KIMBA M. WOOD
United States District Judge