UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/16

United States of America,

v.

Dean Skelos and Adam Skelos,

Defendants.

S1 15 Cr 317 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

If the Government seeks an order restraining defendants' assets pending appeal, it shall
seek agreement with defendants on the scope of such an order. Failing agreement, the
Government may move for such an order. Defendants' response, if any, shall be filed three
business days after filing by the Government.

SO ORDERED.

Dated: New York, New York
August 4, 2016

*Kimba M. Wood*

THE HON. KIMBA M. WOOD
United States District Judge